UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDY G. FISHER, on behalf of herself and all others
Similarly situated,

                        Plaintiff,

Vs

CITIGROUP, INC., et al.,

                        Defendants.

**Case No.
08 Civ. 0136**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am
Over 18 years of age and reside at New York, NY:

On January 10, 2008 at 2:25 p.m. at 388 Greenwich Street, New York, NY 10013,
I served the within SUMMONS, COMPLAINT AND JURY DEMAND
on CITIGROUP, INC., defendant therein named, by delivering a true copy of same to
FERN STRAUSS, managing paralegal and designated agent.

The person served is a white female, black hair, 55-65 years old, 5-4"-5'6" in height,
145-155 pounds.

                                                         Julio Delara
                                                         License No. 991178

Sworn to before me this
11th day of January 2008

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

LegalEase Inc.