UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDY G. FISHER, on behalf of herself and all others
Similarly situated,

                        Plaintiff,

   Vs

CITIGROUP, INC., et al.,

                        Defendants.

**Case No.
08 Civ. 0136**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am
Over 18 years of age and reside at New York, NY:

On January 10, 2008 at 2:25 p.m. at 388 Greenwich Street, New York, NY 10013,
I served the within SUMMONS, COMPLAINT AND JURY DEMAND
on GARY CRITTENDEN, defendant therein named, by delivering a true copy of same to
FERN STRAUSS, managing paralegal and a person of suitable age and discretion.

On January 10, 2008, I mailed a copy of the above documents to the defendant
c/o Citigroup, Inc., at 388 Greenwich Street, New York, NY 10013, his place of business,
by enclosing it in an envelope, postage prepaid, and depositing it in an official depository
under the exclusive care and custody of the United States Postal Service within New
York State. The envelope bore the legend "Personal and Confidential" and did not
indicate on the outside thereof, by return address of otherwise, that the communication
was from an attorney or concerned an action against the defendant.

The person served is a white female, black hair, 55-65 years old, 5-4"-5'6" in height,
145-155 pounds.

                                                     Julio Delara
                                                     License No. 991178

Sworn to before me this
11th day of January 2008

NOTARY PUBLIC
BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2010



139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796