UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUDY G. FISHER, on behalf of herself and all
others similarly situated,

                        Plaintiffs,                **08 CIVIL 0136**

       -against-

CITIGROUP, INC., CHARLES O. PRINCE,
ROBERT E. RUBIN, STEPHEN R. VOLK,
SALLIE L. KRAWCHECK, GARY L.
CRITTENDEN AND ROBERT DRUSKIN,

                        Defendants.
---------------------------------------------------------------x

### NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: \_\_\_\_Seth R. Lesser_____

[x]    *Attorney*

    [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: \_\_SL5560_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From:  _____LOCKS LAW FIRM PLLC_____

    To:  _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x]    *Address:*  \_\_Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

| x | *Telephone Number:* ____(914) 997 - 5656_____ |
|---|---|
| x | *Fax Number:* _____ (914) 997 - 2444_____ |
| x | *E-Mail Address:* _____SLesser@klafterolsen.com_____ __ _____ |

Dated:  ___July 31, 2008_____   /s/  Seth R. Lesser_____